# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-5169-WQH |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT WITHOUT PREJUDICE** |
| CIRILO PICAZO-CUEVAS (3), | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment and Superseding Indictment in the above-entitled case as to Defendant Picazo-Cuevas be dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 21, 2018

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court